UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERICK WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>LIEUTENANT STECK; R. MEYER; C. ORTIZ; V. O'SHAUGHNESSY; K. KUMAR; and N. GRANNIS,<br><br>    Defendants. | Case No. CV 08-3161-DOC (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

///

///

///

This Order shall be entered: (1) approving and adopting this Report and Recommendation; (2) granting Defendants' Motion to Dismiss without leave to amend with respect to Defendants Meyer, Kumar, Ortiz, O'Shaughnessy, and Grannis; (3) granting Defendant Steck's Motion to Dismiss with respect to Plaintiff's deliberate indifference claim with leave to amend; (4) denying Plaintiff's request for injunctive relief; and (4) ordering Plaintiff to file a Second Amended Complaint as to his claim against Defendant Steck within thirty (30) days of the entry of the Order approving and adopting this Report and Recommendation.

DATED: 11/12/2009

HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge