1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERICK A. WILLIAMS, ) | Case No. CV 08-3161-DOC (OP) |
| ) | |
| Plaintiff, ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| ) | FINAL RECOMMENDATIONS OF |
| vs. ) | UNITED STATES MAGISTRATE JUDGE |
| ) | |
| LIEUTENANT STECK, ) | |
| ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Plaintiff, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that the Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Defendant Steck's Motion to Dismiss without leave to amend; and (3) directing that judgment be entered dismissing the Fourth Amended Complaint with prejudice.

DATED: March 1, 2011

*David O. Carter*
HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge