JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERICK A. WILLIAMS, | Case No. CV 08-3161-DOC (OP) |
| Plaintiff, | J U D G M E N T |
| vs. | |
| LIEUTENANT STECK, | |
| Defendants | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1     IT IS ADJUDGED that the Fourth Amended Complaint is dismissed with
2 prejudice.

4 DATED: March 1, 2011

5                                    HONORABLE DAVID O. CARTER
                                   United States District Judge

8 Prepared by:

11 HONORABLE OSWALD PARADA
    United States Magistrate Judge